### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY
### AT OWENSBORO

**LAMONT C. FITCH**                                                                 **PLAINTIFF**

v.                                                               **CIVIL ACTION NO. 4:08-CV-P76-M**

**CITY OF LEITCHFIELD, KENTUCKY et al.**                     **DEFENDANTS**

### PARTIAL JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order entered this date, Defendant City of Leitchfield, Kentucky, is entitled to **JUDGMENT** as a matter of law. Accordingly, the claims against Defendant City of Leitchfield, Kentucky, are **DISMISSED with prejudice**, and the Clerk of Court is instructed to **terminate** it as a party in this action.

Date:

cc:     Plaintiff, *pro se*
         Counsel of record
4414.009