UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

LAMONT C. FITCH                                                    PLAINTIFF

v.                                          CIVIL ACTION NO. 4:08-CV-P76-M

CITY OF LEITCHFIELD, KENTUCKY et al.                        DEFENDANTS

## ORDER

By Order of the Court, summary judgment has been granted for Defendant, City of

Leitchfield, Kentucky.  Therefore, Plaintiff's motion to alter or amend the judgment regarding

Plaintiff's motion for default judgment against the City of Leitchfield (DN 56) is **DENIED as**

**moot**.

Plaintiff also filed a motion for clarification as to whether motions he had filed in this

action before the action was transferred to this Court needed to be refiled (DN 47).  The motions

to which he refers have been ruled on by this Court.  Therefore, Plaintiff's motion for

clarification (DN 47) is **DENIED as moot**.

Date:

cc:     Plaintiff, *pro se*
        Counsel of record
4414.009