```
                    UNITED STATES DISTRICT COURT          FILED
                    EASTERN DISTRICT OF KENTUCKY    Jeffrey A. Apperson, Clerk
                         OWENSBORO DIVISION
                                                         FEB 1 3 2009
Civil Action No. 4:08-cv-P76-M
                                                        U.S. DISTRICT COURT
                                                       WEST'N. DIST. KENTUCKY


Lamont C. Fitch,
Plaintiff                                  AMENDED COMPLAINT

                                           DEMAND FOR JURY TRIAL

                                           Yes (x)   No ( )

v.

City of Leithfield, Kentucky
Grayson County Detention Center
Jason Woosley, Chief Deputy
Andy Cain, Deputy
Kim Willis, Deputy
Gail Basham, Deputy
Morris Basham, Deputy
Randy Cook, Deputy
Kim Nicholas, Deputy
Donnie Stewart, Deputy
```

**INDIVIDUALLY AND IN
THEIR OFFICIAL
CAPACITIES,**

**DEFENDANTS.**

1

I. Plaintiff:

 A. Name: Lamont C. Fitch

 B. Prisoner ID No. 24073   Check one: Convicted __ Pretrial Detainee x

 C. Place of Present confinement: Grayson County Detention Center (G.C.D.C)

 D. Address: 320 Shaw Station Road Leitchfield, Kentucky 42754

II Defendants:

 A. Defendant's Name: City/Town of Leitchfield
  Title or position: Municipal Corporation of the state of Kentucky
  Place of employment: Within the state of Kentucky

 B. Defendant's Name: Grayson County Detention Center (G.C.D.C.)
  Title or position: City/Town jail of Leitchfield, County of Grayson.
  Place of employment: Leitchfield, Kentucky

 C. Defendant's Name: Darwin Dennison
  Title or position: Jailer of G.C.D.C.
  Place of employment: G.C.D.C. 320 Shaw Station Road Leitchfield, Kentucky 42754.

 D. Defendant's Name: Jason Woosley
  Title or position: Chief Deputy of G.C.D.C.
  Place of employment: G.C.D.C. 320 Shaw Station Road Leitchfield, Kentucky.

 E. Defendant's Name: Andy Cain
  Title or position: Deputy of G.C.D.C.
  Place of employment: G.C.D.C. 320 Shaw Station Road Leitchfield, Kentucky.

 F. Defendant's Name: Kim Willis
  Title or position: G.C.D.C. Deputy, Mailroom
  Place of employment: G.C.D.C. 320 Shaw Station Road Leitchfield, Kentucky.

2

G. Defendant's Name: <u>Gail Basham</u>
   Title or position: <u>G.C.D.C. Deputy, Law Library</u>
   Place of employment: <u>G.C.D.C. 320 Shaw Station Rd Leitch -field, Kentucky.</u>

H. Defendant's Name: <u>Morris Basham</u>
   Title or position: <u>G.C.D.C. Deputy, Law Library</u>
   Place of employment: <u>G.C.D.C. 320 Shaw Station Rd Leitch- field, Kentucky.</u>

I. Defendant's Name: <u>Randy Cook</u>
   Title or position: <u>G.C.D.C. Deputy</u>
   Place of employment: <u>G.C.D.C. 320 Shaw Station Rd Leitch- field, Kentucky.</u>

J. Defendant's Name: <u>Donnie Stewart</u>
   Title or position: <u>G.C.D.C. Deputy</u>
   Place of employment: <u>G.C.D.C. 320 Shaw Station Rd. Leitch- field, Kentucky.</u>

K. Defendant's Name: <u>Kim Nicholas</u>
   Title or position: G.C.D.C. Deputy
   Place of employment: <u>G.C.D.C. 320 Shaw Station Rd Leitchfield, Kentucky.</u>

L. Defendant's Name: <u>Grayson County</u>
   Title or position: <u>Municipal Corporation within the City of Leitchfield, Kentucky.</u>
   Place of employment: <u>City of Leitchfield, Kentucky.</u>

3

JURISDICTION AND VENUE

This action arises under and is brought pursuant to 42 U.S.C. section 1983 to remedy the deprivation, under color of state law, and federal law, of rights guaranteed by the 1st, 4th, 6th, 8th, and 14th Amendments to the United States Constitution. This Court has jurisdiction over this action pursuant to 28 U.S.C. sections 1331 and 1343. The court also has supplemental jurisdiction over the state claims.

This cause of action arose in the district of Kentucky. Therefore, venue is proper under 28 U.S.C. section 1391(b).

III. STATEMENT OF CLAIM:

1. I, the plaintiff Lamont C. Fitch, Pro Se, for the complaint states as follows:

2. I, the plaintiff Lamont C. Fitch am confined within the Grayson County Detention Center (G.C.D.C.) as a Pre-trial detainee to answer to trumped-up federal charges of bad faith federal government officials (who conspired to violate my civil & human rights and suppress my complaints thereof).

3. While I, the plaintiff Lamont C. Fitch, was detained within G.C.D.C., staff here continued the misconduct of discrimination, suppression, and retaliation that was being leveled at me within the federal Bureau of Prisons where I was held in the custody of the U.S. Attorney General.

4. I, the plaintiff Lamont C. Fitch, is and was at all times mentioned herein, an adult citizen of the United States and a resident of the Commonwealth of Kentucky.

5. On or about January 19, 2007 defendant Donnie Stewart and other G.C.D.C. employees, retaliated against me (Fitch) because of my large amount of court ordered legal documents, when they disgarded my religious beanie (Kufi) that accompanied the legal papers in a box.

6. Defendant Donnie Stewart targeted my legal papers and materials upon my arrival to G.C.D.C. via the complaining escort deputies. Defendant Donnie Stewart personnally took my legal papers and materials into a separate room and had me (Fitch) taken to one of the jail's housing pods without them. Upon my finally receiving the box of my legal papers and materials I discovered that my religious beanie was gone.

7. My (Fitch) religious beanie (Kufi) was approved by a federal chaplin; placed in the box with my court ordered legal papers by federal staff; and I provided with an inventory receipt for my religious beanie. I learned that my Kufi was thrown away on February 5, 2007. I filed grievances accordingly. (See exhibits 1 through 9).

8. On April 4, 2007 and April 13, 2007 defendant Kim Nicholas and other G.C.D.C. staff conspired to open my Attorney/Client legal mail outside of my presence which exposed sensitive information. Following this incident I was subjected to plotted harassment by G.C.D.C. staff. Accordingly I filed grievances and received no relief. (See exhibits 10, 10a, 11, 12, 13 and 14; also see exhibit 63).

9. Defendants G.C.D.C., Jason Woosley, Darwin Dennison, and Morris Basham conspired to encourage racial conflicts and violence via a tactic known as inmate "pitting."

10. On May 30, 2007 my right hand was injured due to an instigated altercation between me and several non-African detainees whom I (Fitch) had to defend against. As a result I was not protected from injury within the custody of G.C.D.C. (See exhibits 15 through 24).

11. On June 26, 2007 defendant Morris Basham conspired to instigate another racial altercation when he plotted to call me and another minority of a different ethnic background (a detainee involved in the racially instigated altercation of May 30, 2007 and whom I was separated from-- see line 10, Supra) to the Law Library at the same time, where defendant M. Basham held M. Avila there at the Law Library until I arrived, which was against the wishes of M. Avila. Defendant M. Basham's misconduct resulted in my being expelled from the Law Library on this day and then again by defendant Gail Basham; thus denying me (Fitch) legal access to the courts, strategically. Accordingly I submitted grievances and wrote letters of complaint. (See exhibits 25, 26, 27 and 28. Also se exhibits 64, 65, 66 and 67)

12. On August 8, 2007 defendants Andy Cain and Kim Willis conspired to open legal mail addressed to me (from a federal prosecutor in America's criminal case against me) outside of my presence, and did give my open legal mail to another inmate to bring to me (Fitch) here at G.C.D.C. on green pod. (See exhibits 29, 30, 31, 32, 33 and 34).

5

13. Prior to my receiving my legal mail in the manner described above in line 12, supra, a white American federal detainee named Byron Perkins received his legal mail directly from defendant Andy Cain, who opened and inspected Mr. Perkins' legal mail in front of him. (See exhibits 35).

14. Accordingly I filed grievances about the misconduct described above in lines 12 & 13, supra. On August 8, 2007 defendant Kim Willis lied stating that her continuous and specific misconduct was not "intentional." I received no relief; was falsely suspected of being an informant for the federal prosecutior, thus endangered; and I was discriminated against. (See exhibits 31, 33, 34 and 35).

15. On September 4, 2007 defendants Randy Cook, G.C.D.C. Grayson County, and the City of Leitchfield, Kentucky conspired to, and did, open and withhold my (Fitch) legal mail from Attorney Stephen W. Owens. This legal mail was "Brady Materials" (A DVD that contained surveillance footage) in USA v. Fitch, 7:06-cr-12-GFVT. I learned of this violation on September 6, 2007 when I was transferred to Fayette County Detention Center. (See exhibits 37, 38 and 39).

16. Because of the actions of defendants Randy Cook, G.C.D.C., Grayson County, and the City of Leitchfield, Kentucky, my pro se criminal defense preparations were sabotaged and obstructed, and as a result I was found guilty of count two of a two count Indictment (See USA v. Fitch, 7:06-cr-12-GFVT) on November 7, 2007. (See exhibit 40).

17. On January 7, 2008 defendant Gail Basham and an informant inmate law library trustee conspired to spy on my legal research, which consisted of filing a timely civil action for damages, within the law library of G.C.D.C. (See exhibits 41 through 47).

18. As a result of this spying, defendants Gail Basham and Jason Woosley conspired to band me (Fitch) from the law library on January 8, 2008, under the guise that I had stolen two **West's Federal Practice Digest, 4th Ed**, that I brought back to the pod (a room of cells where inmates are assigned to sleep and live from day to day until they're released or transferred) with me, with the knowledge and approval of the inmate trustee, so that I could finish my legal research. I was not given a hearing nor an opportunity to call my witnesses. Accordingly, I submitted grievances to defendant Darwin Dennison and received no hearing nor any relief. (See exhibits 48 through 53).

19. On January 28, 2008 defendants Gail Basham, Morris Basham, and Jason Woosley came to the conclusion that I (Fitch) could not view any law books and that I must *pay for the cost of copying anything I needed to read. (See exhibits 54 through 56)

* G.C.D.C. staff wanted me to pay for all cases I needed to research.

6

20. Defendant Gail Basham informed me (Fitch) that I could file suit against her all that I wanted and it wouldn't do me (Fitch) any good because her "folk" would never find her guilty of discriminating against the negroes. Defendant Gail Basham also made reference to a law suit filed by another "negro" as an example.

21. Defendant Jason Woosley libeled me (Fitch) a thief and stated that I must pay for legal access to the courts. This defendant has sought to band me from the law library so that I couldn't assist black and white detainees equally (See exhibit 51 and 56).

22. On January 29, 2008 I (Fitch) gathered all the grievances I had filed in regards to my strategically being denied access to the law library. I approached defendant Andy Cain with these grievances in my hand. As I argued with defendant Andy Cain from a distance (because I was approaching him as I spoke), I was struck from behind and received a broken jaw in at least **two different places;

23. I (Fitch) was unable to defend/retaliate, nor was I protected by my jailers.*** (See exhibit 57).

24. I (Fitch) was then transferred from G.C.D.C., where the assault against me occurred, to an outside hospital/clinic where I received X-rays and partial treatment for a broken jaw. I was scheduled for a further examination at the University of Kentucky hospital on January 30, 2008. I had surgery performed at U.K. on February 1, 2008. I'm scheduled for another surgery within the next two weeks. (See exhibits 58 and 62).

25. Prior to my injury on January 29, 2008 I submitted grievances complaining of the defendants (G.C.D.C., D. Dennison, J. Woosley, etc.) conspired practices of pitting inmates against me on two prior occassions. The defendants denied this practice of "pitting" and granted me no relief. Instead, the defendants **positioned me** (Fitch) for a cowardly sneak attack, and did plot to have me attacked again by a white supremacist inmate but this failed and was exposed by the would-be attacker.

26. Throughout the violations described in lines 5 through 25, supra, I (Fitch) complained to both defendants Jason Woosley and Darwin Dennison and I received no relief. Their failure to act caused me (Fitch) injury and encouraged further violations which resulted in further injury. (See exhibits 15 through 28, and 57 through 62).

27. I, the plaintiff Lamont C. Fitch, state that the defendants herein all conspired to suppress, impede and obstruct my pro se defense preparations within USA v. Fitch, 7:06-cr-12-GFVT;

28. And that the defendants Gail Basham, Morris Basham and Jason Woosley conspired to deny me access to the law library on at least three occassions, all without a hearing; (See exhibits 48 through 56)

**I (Fitch) sustained a total of 3 breaks to my jaw.
*** G.C.D.C. deputies and staff claim that I was struck from behind by an inmate (who is a known informant and flunky for G.C.D.C. deputies. I never saw who struck me. However, when I turned around after being struck all I saw was deputies behind me.

7

29. And that the conspired misconduct of the defendants is racially motivated because white detainees are granted unhindered access to the law library where they are not plotted on by G.C.D.C. staff because of their criminal, or civil, case preparations or research.

30. And that the conspired misconduct of the defendants created a violent and hostile environment around me which was/is a continuation or the retaliation campaign leveled at my person and property by bad faith federal officials.

31. Defendants G.C.D.C., City of Leitchfield, Kentucky, and Darwin Dennison failed to train their subordinates in certain areas of their employment;

32. Defendants G.C.D.C., Grayson County, the City of Leitchfield, Kentucky, Darwin Dennison, Jason Woosley, all failed to train their subordinates, and catered to a systematic targeting program or practice of the U.S. Department of Justice, and privileged PACS, when they (defendants) entered the conspiracy by plotting against me (Fitch) as well, while I was in their custody. Therefore I sought relief outside of Grayson County Detention Center. (See exhibits 63 through 67).

## B. WHEN DID THESE EVENTS HAPPEN?

1. Lines 5 through 7 of this complaint occurred between January 19, 2007 and January 24, 2007. However, I learned of this violation on February 5, 2007. Further, the defendants conspired to obstruct my filing a complaint by denying me legal access.

2. Line 8 of this complaint occurred on April 4, 2007 and April 13, 2007.

3. Line 9, 10, and 11 of this complaint occurred on May 30, 2007 and June 26, 2007, respectively.

4. Lines 12, 13, and 14 of this complaint occurred on August 8, 2007.

5. Lines 15 and 16 of this complaint occurred on September 4, 2007 and November 7, 2007, respectively.

6. Lines 17 through 21 of this complaint occurred on January 7, 2008; January 8, 2008; and, January 28, 2008, respectively.

7. Lines 22 through 24 of this complaint occurred on January 29, 2008; January 30, 2008; and, February 1, 2008.

8. Lines 25 through 32 of this complaint occurred from February 5, 2007 to March 19, 2008; there was no break in the chain of torment leveled at my person.

## C. WHERE DID THESE EVENTS HAPPEN?

1. Grayson County Detention Center (G.C.D.C.) located at 320 Shaw Station Road  Leitchfield, Kentucky 42754.

### D. WHAT RIGHTS UNDER THE CONSTITUTION, FEDERAL LAW, FEDERAL REGULATION, STATE LAW, OR STATE REGULATION DO YOU ALLEGE THE DEFENDANTS VIOLATED? STATE THE SPECIFIC CONSTITUTIONAL PROVISION OR LAW IF YOU KNOW IT.

1. The acts described in lines 5, 6, and 7 of this complaint were committed by defendant Donnie Stewart, and defendants G.C.D.C., Grayson County, and the City of Leitchfield, Kentucky, who acted under the color of law, in violation of the Constitution of Kentucky, Bill of Rights, sections 1, 2, & 5; Title 18 of the United States Code, sections 241, 242, and 247; and the 1st, 4th and 14th Amendments of the United States Constitution, when they retaliated against me (Fitch) by disgarding my religious beanie (Kufi).

2. The acts described in lines 8, 9, 10, and 11 of this complaint were committed by defendants Kim Nicholas, G.C.D.C., Grayson County, the City of Leitchfield, Kentucky, Darwin Dennison, Jason Woosley, Gail Basham and Morris Basham, who acted under color of law, in violation of the Constitution of Kentucky, Bill of Rights, sections 1, 2, 3, and 17; Title 18 of the United States Code, sections 241 & 242; and the 1st, 6th, 8th and 14th Amendments of the United States Constitution, when the forementioned defendants conspired to open my attorney/client mail outside of my presence, where they then plotted to subject me, (Fitch), to a racially instigated altercation and failed to protect me, and as a result my right hand was injured and remains injured, and where I was again plotted on for another racial altercation for the purpose of denying me (Fitch) access to the courts.

3. The acts described in lines 12, 13, and 14 of this complaint were committed by defendants Andy Cain, Kim Willis, G.C.D.C., Grayson County, and the City of Leitchfield, Kentucky, who acted under the color of law, in violation of the Constitution of Kentucky, Bill of Rights, sections 1, 2, 3 and 17; Title 18 of the United States Code, sections 241 & 242; and the 1st, 6th, 8th, and 14th Amendments of the U.S. Constitution when the forementioned defendants conspired to open my legal mail outside of my presence; discriminatined against me by disregarding my rights and honoring the same rights I was denied, to a white detainee; and endangered my life by strategically and falsely casting me (Fitch) as an informant for the federal prosecution.

4. The acts described in line 15 and 16 of this complaint were committed by defendants Randy Cook, Grayson County, G.C.D.C., the City of Leitchfield, Kentucky, Darwin Dennison and Jason Woosley, who acted under the color of law, in violation of the Constitution of Kentucky, Bill of Rights, sections 1, 2, 3 and 11; Title 18 of the United States Code, sections 241 and 242, 1701 and 1702; and the 1st, 6th and 14th Amendments of the U.S. Constitution when the forementioned defendants conspired to open, withhold and obstruct my legal mail, thus strategically denying me (Fitch) critical Brady materials in the federal case against me (USA v. Fitch, 7:06-cr-12-GFVT) which hindered my Pro Se defense preparations, resulting in my being found guilty of count two of a two count Indictment.

5. Acts 17 through 21, and acts 28 and 29, of this complaint were committed by defendants Gail Basham, Morris Basham, Jason Woosley, and Grayson County, who acted under the color of law, in violation of the Constitution of Kentucky, Bill of Rights, sections 1, 2, and 3; Title 18 of the United States Code, sections 241 and 242; and the 1st and 14th Amendments of the U.S. Constitution when the forementioned defendants conspired to band me from the law library, discriminate against me, deny me access to legal materials, and libel me, without a disciplinary hearing.

6. The acts described in line 5 through 32 of this complaint were committed by defendants G.C.D.C., the City of Leitchfield, Kentcuky, Grayson County, Darwin Dennison, and Jason Woosley, who acted under the color of law, in violation of the Constitution of Kentucky, Bill of Rights, sections 1, 2, 3, 5, 11, and 17; Title 18 of the United States Code, sections 241, 242, 1701 and 1702; and the 1st, 4th, 6th, 8th, and 14th Amendments of the United States Constitution, when the forementioned defendants conspired to target me (Fitch) for further retaliation, harassment, discrimination, physical injury, and suppression by disgarding my religious beanie; continuously opening my legal mail outside of my presence; denying me access to the law library so I couldn't file my civil complaint; failing to protect me while in their custody by pitting other detainees against me; creating a hostile and violent environment around me (Fitch), and/or strategically placing me within a plotted hostile and violent environment, which resulted in my being injured by an informant inmate (according to the reports of the defendants) who assaulted me from behind as I disputed with one of my oppressors, defendant Andy Cain; respecting the rights of white detainees over my (Fitch) rights; and interfering with my pro se defense preparations for the purpose of assisting a bad faith federal conspiracy to collusively convict me (Fitch), again.

11

7. Due to a system of outright and covert retaliation, that has literally stalked me for years on end, I suffered as a result of the **added actions** of the defendants, stress, sleep deprivation, high anxiety, mental and emotional distress, humiliation, nose bleeds, high blood pressure fluctuations, permanent nerve damage to my right ring finger, and permanent damage to my jaw on both sides, in violation of the Constitution of Kentucky, Bill of Rights, sections 1, 2 and 17; Title 18 of the United States Code, sections 241 and 242; and the 8th and 14th Amendment of the U.S. Constitution, when the forementioned defendants within this complaint targeted me (Fitch).

### RELIEF:

1. I, the plaintiff request an Order declaring that the defendants have acted in violation of state and federal law, as well as the U.S. Constitution.

2. I request $10,000,000.00 (10 Million Dollars) as compensatory damages.

3. I request punitive damages in the amount of $50,000.00 (50 Thousand Dollars) against each defendant who is not a municipality.

4. I request that defendants pay all future medical expenses related to the injury to my jaw and/or any medical expenses that derive from this injury.

5. I request injunctive relief commanding that the defendants, or any other state or federal custodian, refrain from retaliation against my person and property; and to refrain from impeding and obstructing my incoming and outgoing regular and legal mail.

### CERTIFICATION

Pursuant to 28 U.S.C. 1746, I, Lamont C. Fitch, declare under penalty of perjury that the foregoing statements, and the amended or supplemented statements herein, are true and correct.

Signed this __10TH__ day of February, 2009

_/s/ L. C. Fitch_

Lamont C. Fitch
No. 12384-050
U.S.P. McCreary
P.O. Box 3000
Pine Knot, Ky
42635